## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Dolphus Phillips,<br><br>　　　　　　　Plaintiff,<br>v.<br><br>Accounts Receivable Management, Inc.; and DOES 1-10, inclusive,<br><br>　　　　　　　Defendants. | Civil Action No.: 4:10-cv-10338-FDS |

## NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE AGAINST ACCOUNTS RECEIVABLE MANAGEMENT, INC. PURSUANT TO RULE 41(a)

Plaintiff, Dolphus Phillips, by his attorney, hereby withdraws his complaint and voluntarily dismisses this action against Accounts Receivable Management, Inc., without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: March 26, 2010

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　By: ___/s/ Sergei Lemberg___
　　　　　　　　　　　　　　　　　　　Sergei Lemberg, Esq. (Bar No. 650671)
　　　　　　　　　　　　　　　　　　　Lemberg & Associates L.L.C.
　　　　　　　　　　　　　　　　　　　1100 Summer Street, 3rd Floor
　　　　　　　　　　　　　　　　　　　Stamford, CT 06905
　　　　　　　　　　　　　　　　　　　Telephone: (203) 653-2250
　　　　　　　　　　　　　　　　　　　Facsimile:  (877) 795-3666
　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

## CERTIFICATE OF SERVICE

    I hereby certify that on March 26, 2010, I electronically filed the foregoing with the Clerk of the District Court using the CM/ECF system:

By:  /s/ Sergei Lemberg  
Sergei Lemberg, Esq.
