UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Dolphus Phillips,<br><br>           Plaintiff,<br>v.<br><br>Associated Recovery Systems, Inc.; and DOES 1-10, inclusive,<br><br>           Defendant. | Civil Action No.: 4:10-cv-10338-FDS |

## NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE PURSUANT TO RULE 41(a)

Dolphus Phillips ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: August 2, 2010

                                            Respectfully submitted,

                                            By: /s/ Sergei Lemberg

                                                  Sergei Lemberg, Esq.
                                                  BBO No.: 650671
                                                  Lemberg & Associates L.L.C.
                                                  1100 Summer Street, 3rd Floor
                                                  Stamford, CT 06905
                                                  Telephone: (203) 653-2250
                                                  Facsimile:  (877) 795-3666
                                                  Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on August 2, 2010, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court for the District of Massachusetts Electronic Document Filing System (ECF) and that the document is available on the ECF system.

By /s/ Sergei Lemberg

Sergei Lemberg